UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN – 3 2014

Clerk, U.S. District and
Bankruptcy Courts

| | | |
|---|---|---|
| GARY CHARLES BRESTLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 14 -9 |
| CHARLES E. SAMUELS, JR., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis* and *pro se* complaint. The application will be granted but the complaint will be dismissed. The instant complaint is substantially similar to that filed in *Brestle v. Samuels*, No. 13-1928 (UNA), and it will be dismissed as duplicative.

An Order is issued separately.

United States District Judge

DATE: 12/19/13